| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF COATESVILLE, PA., et al.: | | NO. 10-0100 |

## M E M O R A N D U M

PADOVA, J.                                        JANUARY    13    , 2010

Plaintiff has filed a pro se 42 U.S.C. § 1983 civil
rights complaint against thirty-three (33) defendants. He has
also filed several motions and numerous exhibits.

Federal Rule of Civil Procedure 8(a)(2) provides that a
pleading setting forth a claim for relief shall contain "a short
and plain statement of the claim showing that the pleader is
entitled to relief." Plaintiff's complaint and his additional
pleadings are rambling and unclear, thus depriving the defendants
of fair notice to allow them to respond to his claims. Since
plaintiff is pro se, he will be granted leave to file an amended
complaint to meet these pleading infirmities.

If plaintiff intends to pursue this case, he must file
an amended complaint which contains all of his claims, and in
which he describes as legibly, clearly and briefly as possible:
(1) the specific events or conditions which violated his
constitutional rights; (2) the name of each person who violated
his constitutional rights; (3) the dates on which his
constitutional rights were violated by each defendant; (4) the
harm he suffered, if any, from each violation; and (5) the
specific relief he is requesting. Plaintiff is reminded of the

**ENTERED**

JAN 1 4 2010

CLERK OF COURT

requirement that he plead specific fact paragraphs in his amended complaint, and that the caption of his complaint must contain the names of all of his defendants.

BY THE COURT

John R. Padova                                    J.