IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF COATESVILLE, PA., et al.: | | NO. 10-0100 |

## O R D E R

AND NOW, this 13ᵉ day of January, 2010, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_/s/_
JOHN R. PADOVA, J.