IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON          :          CIVIL ACTION          FILED FEB 1 2011
                             :
        v.                   :
                             :
CITY OF COATESVILLE, ET AL.  :          NO. 10-0100

**O R D E R**

**AND NOW**, this 14th day of February, 2011, upon consideration of Plaintiff's "Motion to Amend Complaint" (Docket No. 25), **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's Motion to Amend Complaint is actually Plaintiff's Amended Complaint.

2.  The following claims asserted in the Amended Complaint, and brought pursuant to 42 U.S.C. § 1983, are **DISMISSED** pursuant to 28 U.S.C. § 1915A: (1) the claim against Sergeant James Pinto and Police Officer Larry Cooper for violation of Article I, Section 8 of the Pennsylvania Constitution; (2) the claims against the Coatesville Police Department for unreasonable search and seizure and for denying Plaintiff's right to file private criminal complaints; and (3) the claim against Police Chief Mathews for maintaining a practice of handcuffing and arresting suspects before asking them any investigative questions.

3.  Plaintiff may proceed as to his § 1983 claims against Sergeant Pinto and Police Officer Cooper for false arrest and malicious prosecution in violation of the Fourth Amendment.

ENTERED
FEB 15 2011
CLERK OF COURT

4.     John Doe White Male, John Doe Black Bald Heavy Male, John Doe Italian Stocky

Male, and Police Chief Mathews are **DISMISSED** as Defendants to this action.


BY THE COURT:

_____

John R. Padova, J.